John L. Condrey (SBN: 026220)
Molly C. Machold (SBN: 026301)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
jcondrey@gordonrees.com
mmachold@gordonrees.com

Attorneys for Plaintiff
NRA GROUP LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MORRIS SHAMOUNI ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NRA GROUP, LLC dba NATIONAL ) <br> RECOVERY AGENCY, EQUIFAX ) <br> INFORMATION SERVICES LLC ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., AND TRANS ) <br> UNION LLC ) <br> ) <br> Defendant. ) | CASE NO. <br><br> **DEFENDANTS' NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, NRA Group, LLC (collectively "Defendants") file this Notice of Removal to remove McDowell Mountain Justice Court Action No. CC2016063747, captioned *Morris Shamouni v. NRA Group, LLC, et al.*, a Texas Corporation, et. al, to this Court. The basis for removal is federal question jurisdiction as the matter arises out of the Federal Fair Credit Reporting Act (15 U.S.C. §1681, et seq.). This Notice is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**A.  Removal Is Proper Because Defendants Have Complied With 28 U.S.C. § 1446.**

For removal to be proper, the removing party must file a notice of removal that plainly identifies the basis for removal and comply with certain procedural requirements.

Because Defendant has satisfied both of these criteria, removal of the Arizona Justice Court action to this Court is proper.

**B.     This Court Has Jurisdiction Pursuant To 28 U.S.C. § 1331.**

One of the bases for removal is federal question jurisdiction. This matter arises out of the Federal Fair Credit Reporting Act (15 U.S.C. §1681, et seq.). The sole cause of action against the Defendants is for violation of the Act.

**C.     Defendants Have Met All Procedural Requirements Set Forth In 28 U.S.C. § 1446 To Remove This Action.**

Plaintiffs filed their Complaint on April 11, 2016. Defendants were served on April 13, 2016. This Notice is timely because it is being filed within thirty days of service of the Complaint. In addition to this Notice being timely, Defendants have complied with all further procedural requirements, *see* 28 U.S.C. § 1446(a) and (d), including:

1. Attaching copies of the Complaint and Service of Process in its possession. (*See* Exhibit 1.)
2. Concurrently filing a copy of this notice with the Maricopa County Justice Court for the State of Arizona.
3. Serving a copy of this notice upon Plaintiff.

Dated this 12th day of May, 2016

                              GORDON & REES LLP

                              By:   /s/ John L. Condrey_____
                                    John L. Condrey
                                    Molly C. Machold
                                    Attorneys for Defendant *NRA GROUP LLC*

1
2
3

I hereby certify that on May 12, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4
5
6
7
8

Kevin Fallon McCarthy
Joon Kee
Devan E. Michael
4250 North Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
devan.michael@mccarthylawyer.com

9
10
11  Kimberley M. Davison
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8011107/28009042v.1

-3-