# EXHIBIT 1

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 APR 11  AM 9: 35

**McCarthy**  L A W  P L C
~~Chase~~ ~~Combatentia~~ ~~Nite~~ ~~Council~~
Kevin Fallon McCarthy, 011017
Joon Kee, 028152
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
602-456-8900
joon.kee @mccarthylawyer.com
Devan.micheal@mccarthylawyer.com
Attorneys for Plaintiff

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

MORRIS SHAMOUNI

      Plaintiff,

v.

NRA GROUP, LLC dba NATIONAL
RECOVERY AGENCY, EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANS UNION LLC,

      Defendants.

Case No.: CC2016063747

**COMPLAINT FOR VIOLATION OF
FAIR CREDIT REPORTING ACT (15
U.S.C. § 1681 *et seq.*)**

COMES NOW Plaintiff, MORRIS SHAMOUNI ("Plaintiff"), by and through counsel

undersigned, and for its cause of action against the Defendants above-named alleges as follows:

    1.    That, on information and belief, Defendant, NRA GROUP, LLC dba NATIONAL

RECOVERY AGENCY ("NRA"), is, and at all times relevant hereto was, a corporation registered

with the Arizona Corporation Commission as a Foreign Corporation doing business in Arizona and

has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800

NORTH CENTRAL AVENUE, SUITE 460, PHOENIX, ARIZONA 85012.

    2.    That, on information and belief, Defendant, NRA, is, and at all times relevant hereto

was, regularly doing business in the State of Arizona as a debt collection agency.

    3.    That, on information and belief, Defendant, EQUIFAX INFORMATION

SERVICES LLC, ("EQUIFAX"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f),

Shamouni v. NRA Group LLC, et al.       1               COMPLAINT

1  licensed to do business in Arizona and has designated the following registered statutory agent:

2  CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD, STE. J,

3  PHOENIX, ARIZONA 85021.

4      4.    That, on information and belief, Defendant, EQUIFAX, is, and at all times relevant

5  hereto was, regularly doing business in the State of Arizona.

6      5.    That, on information and belief, Defendant, EXPERIAN INFORMATION

7  SOLUTIONS, INC. ("EXPERIAN") is a credit reporting agency, as defined by 15 U.S.C. §

8  1681a(f), licensed to do business in Arizona and has designated the following registered statutory

9  agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE 460,

10  PHOENIX, ARIZONA 85012.

11      6.    That, on information and belief, Defendant, EXPERIAN, is, and at all times relevant

12  hereto was, regularly doing business in the State of Arizona.

13      7.    That, on information and belief, Defendant, TRANS UNION LLC. ("TRANS

14  UNION"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business

15  in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP

16  SYSTEM, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

17      8.    That, on information and belief, Defendant, TRANS UNION, is, and at all times

18  relevant hereto was, regularly doing business in the State of Arizona.

19      9.    That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

20  Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had

21  the necessary minimum contacts with the State of Arizona.

22      10.   That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants.

23      11.   That Defendant NRA reported a business account balance of $3,351.00 for account

24  # 372xxxx-, inclusive of interest and fees, on Plaintiff's personal consumer credit report.

25  Alternatively, the account should only be reporting Plaintiff's personal debt of $425.00, as a

26  personal credit report should not comingle wholly separate business obligations.

27  ///

28  ///

12.     The Defendants, EXPERIAN, EQUIFAX, and TRANS UNION (collectively referred to as the "Defendant CRAs") are willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

13.     On March 2, 2016, Plaintiff submitted dispute letters to EXPERIAN and TRANSUNION regarding the accuracy of the derogatory information reported by the Defendant. On March 7, 2016, Plaintiff submitted a dispute letter to EQUIFAX regarding the same. (Exhibit A-C).

14.     On March 22, 2016, Defendant EXPERIAN responded to Plaintiff's dispute letter dated March 2, 2016. In Defendant EXPERIAN's response, Defendant EXPERIAN failed to correct the credit report error and the error still remains. (Exhibit D).

15.     On March 24, 2016, Defendant EQUIFAX responded to Plaintiff's dispute letter dated March 2, 2016. In Defendant EQUIFAX's response, Defendant EQUIFAX failed to correct the credit report and the error still remains (Exhibit E).

16.     On March 27, 3016, Defendant TRANS UNION responded to Plaintiff's dispute letter dated March 2, 2016. In Defendant TRANS UNION's response, Defendant TRANS UNION failed to correct the credit report error and the error still remains. (Exhibit F).

17.     Defendant NRA willfully failed to correct the inaccurate reporting of the Account to the Defendant CRAs in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff.

18.     That NRA is willfully reporting derogatory and inaccurate information about Plaintiff to one or more consumer reporting agencies by continuing to report an erroneous balance on Account, as defined by 15 U.S.C. § 1681a.

19.     Defendant CRAs have failed to correct the inaccurate reporting of the account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff. (Exhibits D-F).

20.     Defendant CRAs willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report, in clear violation of 15 U.S.C. § 1681e.

///

21.   The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

22.   As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial not exceeding $10,000.00.

WHEREFORE, Plaintiff seeks a reasonable and fair judgment against defendants for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1.   Actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2.   Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendants' willful violation;

3.   The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4.   Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 7th day of April, 2016.

MCCARTHY LAW, PLC

By: _____
Joon N. Kee, Esq.
Devan E. Michael, Esq.
Kevin Fallon McCarthy, Esq.
Attorneys for Plaintiff

Morris Shamouni
1702 S. Robertson Boulevard – Apt. 409
Los Angeles, CA 90035

March 2, 2016

Experian
NCAC
PO Box 9701
Allen, TX 75013

RE:   Morris Shamouni
      SS#          7163
      DOB:
      Report Date: 02/29/2016

To Whom It May Concern:

I am writing to dispute the following items on my credit report:

National Recovery Agency – Account #372xxxx  is reporting a balance of $3,351.00 on my credit.  The balance is incorrect.  The balance should be $425.00 which is the amount owed for my personal account which I am personally liable for.   The remaining balance is business debt.  The business debt should not be reporting on my personal credit report.

Please correct this credit reporting error immediately.

Regards,
Morris Shamouni

02/29/2016 15:17 FAX  12139775200          ELAT                          ☒0004/0037
                                                                         Page 4 of 38



**Account History**

(1)      Below is information on any accounts you may have opened in the past. Accounts that are paid
         as agreed can remain on your report for up to 10 years from the date of last activity. Typically, a
         consumer reporting agency will not report negative information that is more than seven years old,
         or bankruptcies that are more than 10 years old.

05 CONSULTAX PROFESSIONAL ASSOCIA

|                   | Experian      | Equifax            | TransUnion                     |
|-------------------|---------------|--------------------|--------------------------------|
| Account Name:     | IVERY<br>AGEN | NATIONAL RECOVERY  | 05 CONSULTAX<br>PROFESSIONAL ASSOCIA |
| Account Number:   | 372XXXX       | 372XXXX            | 372XXXX                        |

https://partner.experiandirect.com/affinion/ReportView.aspx?section=all&old=0            2/29/2016

🖂 0005/0037

| Account Type: | Collection Department / Agency / Attorney | Collection Account | Collection Account |
|---|---|---|---|
| Account Status: | Closed | Closed | Open |
| Monthly Payment: | | | |
| Date Opened: | 3/1/2014 | 3/1/2014 | 3/10/2016 |
| Balance: | $3,351.00 | $3,351.00 | $3,351.00 |
| Terms: | 1 Month | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | $3,351.00 | | |
| Payment Status: | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department. | Unpaid | |
| Comments: | Account in dispute-reported by subscriber | Unpaid | Account information disputed by consumer |

24-Month Payment History:

| Date: | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | |

# EXHIBIT B

Morris Shamouni
1800 South Robertson Boulevard #409
Los Angeles, CA 90035

March 7, 2016

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Re:   Name:  Morris Shamouni
      Social Security #:  ████████7163
      Date of Birth:  ████████
      Report dated 2/3/2016

To Whom It May Concern,

I am writing to dispute the following information in my file. I have marked the items I dispute on the enclosed copy of the credit report I received.

This item National Recovery Agency Account # 372xxxx is incorrectly reporting a balance owed of $3,351.00.  The balance should be $425.00 which is the amount owed for my personal account which I am personally liable for.   The remaining balance is business debt.  The business debt should not be reporting on my personal credit report.  I am requesting that the reporting of this account be corrected to reflect the correct balance owed by me personally as $425.00.

Please reinvestigate this matter and correct the disputed item as soon as possible.

Sincerely,

Morris Shamouni

# EXHIBIT C

Morris Shamouni
1702 S. Robertson Boulevard – Apt. 409
Los Angeles, CA 90035

March 2, 2016

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

RE:   Morris Shamouni
      SS# ███████7163
      DOB: ██████████
      Report Date: 02/29/2016

To Whom It May Concern:

I am writing to dispute the following items on my credit report:

-National Recovery Agency – Account # 372xxxx  is reporting a balance of $3,351.00 on my credit.  The balance is incorrect.  The balance should be $425.00 which is the amount owed for my personal account which I am personally liable for.   The remaining balance is business debt.  The business debt should not be reporting on my personal credit report.

Please correct this credit reporting error immediately.

Regards,
Morris Shamouni



**Account History**

(1)     Below is information on any accounts you may have opened in the past. Accounts that are paid as agreed can remain on your report for up to 10 years from the date of last activity. Typically, a consumer reporting agency will not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

03 CONSULTAX PROFESSIONAL ASSOCIA

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | NATIONAL RECOVERY AGEN | NATIONAL RECOVERY | 03 CONSULTAX PROFESSIONAL ASSOCIA |
| Account Number: | 372XXXX | 372XXXX | 372XXXX |



| Account Type: | Collection Department / Agency / Attorney | Collection Account | Collection Account |
|---|---|---|---|
| Account Status: | Closed | Closed | Open |
| Monthly Payment: | | | |
| Date Opened: | | | |
| Balance: | | | |
| Terms: | | | |
| High Balance: | | | |
| Limit: | | | |
| | $3,381.00 | | |
| Payment Status: | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Unpaid | |
| Comments: | Account in dispute-reported by subscriber | Unpaid | Account information disputed by consumer |

24-Month Payment History

| Date: | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | |

# EXHIBIT D

# Experian
A world of insight

**NATIONAL RECOVERY AGENCY**
2491 PAXTON ST
HARRISBURG PA 17111
Phone number
(800) 773 4503
Partial account number
3721842
Address identification number
0172593553
Original creditor CONSULTAX
PROFESSIONAL ASSOCIA

| | | | Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|---|
| | | | Mar 2014 | Collection | $3,351 | $3,351 as of Mar 2016 |
| | | | First reported May 2014 | Terms 1 Months | High balance Not reported | |
| | | | Date of status May 2014 | Monthly payment Not reported | | |

**Responsibility**
Individual
**Status**
Collection account. $3,351 past due as of Mar 2016.
This account is scheduled to continue on record until Dec 2016.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Payment history



# :: Experian.
A world of insight

## Dispute Results

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record. You may also submit additional documents to us supporting your claim at experian.com/upload or by mail.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;

- add a statement disputing the accuracy or completeness of the information; and

- request that we send these results to organizations that you specifically designate who have requested your credit report, which contained the deleted or disputed information, within the past two years for employment purposes or within six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York.) As a word of general precaution, the results can contain sensitive information, as such, you will want to give careful thought when sharing this information.

If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but not on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit Items | Outcome |
|---|---|
| NATIONAL RECOVERY AGEN 3721842 | Remains |

Visit experian.com/status to check the status of your pending disputes at any time

0154330699

# EXHIBIT E

# EQUIFAX

P. O. Box 105518
Atlanta, GA 30348

000004331 F0ECA0326160321060000 01 000000
002189320-9419
Morris L Shamouni
1702 S Robertson Blvd Apt 409
Los Angeles, CA 90035-4316

**CREDIT FILE : March 24, 2016**
**Confirmation # 6075031605**

Dear Morris L Shamouni:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.ai.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

**This Results Of Our Reinvestigation**

**Collection Agency Information (This section includes accounts that have been placed for collection with a collection agency.)**

>>> We have researched the collection account. Account # -3721842  The results are: This creditor has verified to OUR company that the balance is being reported correctly. If you have additional questions about this item please contact: *National Recovery, 2491 Paxton St. Harrisburg PA  17111-1036 Phone: (800) 773-4503*

National Recovery: Collection Reported 03/2016; Assigned 03/2016; Creditor Class - Personal Services; Client - Consultax Professional Associate; Amount - $3,351 : Status as of 03/2016 - Unpaid; Date of 1st Delinquency 03/2012; Balance as of 03/2016 - $3,351 : Individual Account; Account # - 3721842; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Address: 2491 Paxton St. Harrisburg PA 17111-1036 - (800) 773-4503

## State of California - Notice to California Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed as long as the information you disputed is retained in our credit reporting database.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past twelve months for any purpose or in the past two years for employment purposes.

(Continued On Next Page)

Page 1 of 2

6075031605APPLADM-002189320- 8418 - 10234 -

# EXHIBIT F

04/04/2016 11:38 FAX   12138775200          ELAT                                    ☒0001/0010

*** 311837757-090 ***
P.O. Box 2000
Chester, PA 19016-2000
[barcode]                                          03/27/2016          **TransUnion**® ®

P5IC6P00201016-I006245-018307644
[barcode]
MORRIS L. SHAMOUNI
1800 S ROBERTSON BLVD APT 409
LOS ANGELES, CA 90035-4359

> *You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey.*
> *We value your feedback!*
>
> *http://transunionmail.periscopeiq.com*   [QR code]

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| NTL RECOVERY AGENCY | # 37218** | VERIFIED, NO CHANGE |

04/04/2016 11:37 FAX  12139775200          ELAT                                    ☎0003/0010
                                           Page: 1 of 1

**File Number:**   311837757
**Date Issued:**   03/27/2016                                              **TransUnion.** ⓉⓊ

-Begin Credit Report-



**NTL RECOVERY AGENCY #37218** (2491 PAXTON ST, HARRISBURG, PA 17111, (717) 540-5605)
| | | |
|---|---|---|
| Placed for collection: 03/10/2014 | Balance: $3,351 | Pay Status: In Collection |
| Responsibility: Individual Account | Date Updated: 06/07/2015 | |
| Account Type: Open Account | Original Amount: $3,351 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: CONSULTAX PROFESSIONAL ASSOCIA (Personal Services) | |
| | Past Due: $3,351 | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; )PLACED FOR COLLECTION(
**Estimated month and year that this item will be removed:** 02/2019

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

--- --- --- --- --- --- --- --- --- ---End of Credit Report--- --- --- --- --- ---

 CT Corporation

**Service of Process Transmittal**
04/13/2016
CT Log Number 528989298

TO:     Shell Sharma
        NRA Group, LLC
        2491 Paxton St
        Harrisburg, PA 17111-1036

RE:     **Process Served in Arizona**

FOR:    NRA Group, LLC  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Morris Shamouni, Pltf. vs. NRA Group, LLC, etc., et al., Dfts. // To: NRA Group, LLC, etc. |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Complaint, Exhibit(s), Instructions |
| **COURT/AGENCY:** | Maricopa County - McDowell Mountain Precinct - Justice Court, AZ<br>Case # CC2016063747 |
| **NATURE OF ACTION:** | NRA is Willfully reporting derogatory and inaccurate information about plaintiff to one or more consumer reporting agencies by continuing to report an erroneous balance on account |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/13/2016 at 14:37 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days after service |
| **ATTORNEY(S) / SENDER(S):** | Kevin Fallon McCarthy<br>McCarthy Law PLC<br>4250 North Drinkwater Blvd<br>Suite 320<br>Scottsdale, AZ 85251<br>602-456-8900 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 782831434271 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3800 N Central Avenue<br>Suite 460<br>Phoenix, AZ 85012 |
| **TELEPHONE:** | 602-248-1145 |

Page 1 of  1 / HN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.