**MC CARTHY  LAW  PLC**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
602-456-8900
Devan.micheal@mccarthylawyer.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MORRIS SHAMOUNI | Case No.: CV-16-01461-PHX-JJT |
|     Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC, | (Assigned to the Honorable John Tuchi) |
|     Defendants. | |

MORRIS SHAMOUNI ("Plaintiff") and EQUIFAX INFORMATION SERVICES LLC ("Equifax") (hereinafter Equifax together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Equifax. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

    Respectfully submitted this 7th day of June 2016.

| | |
|---|---|
| SNELL & WILMER LLP | MCCARTHY LAW PLC |
| *By: /s/ Jacob C. Jones* | *By: /s/ Devan E. Michael* |
| Jacob C. Jones | Devan E. Michael |
| One Arizona Center | 4250 N. Drinkwater Boulevard, Suite 320 |
| 400 E. Van Buren St. #1900 | Scottsdale, AZ 85251 |
| Phoenix, AZ 85004-2202 | Attorney for Plaintiff |
| Attorney for Defendant: Equifax Information Services LLC | |

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Shamouni vs. NRA Group et al. – Equifax                    1                    Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Melissa Radabaugh*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Shamouni vs. NRA Group et al. – Equifax                2                Notice of Settlement