**McCarthy Law PLC**
*Candid Conversation. Wise Counsel.*

**Kevin Fallon McCarthy, 011017**
**Devan E. Michael, 032803**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
**Devan.micheal@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MORRIS SHAMOUNI,<br><br>    Plaintiff,<br><br>v.<br><br>NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>    Defendants. | Case No.: CV-16-01461-PHX-JJT<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable John Tuchi) |

MORRIS SHAMOUNI ("Plaintiff") and TRANS UNION LLC ("Trans Union") (hereinafter Trans Union together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Trans Union. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Trans Union will be finalized within the next sixty (60) days.

    Respectfully submitted this 27th day of July, 2016.

| | |
|---|---|
| PHILIP R. WOOTEN PC<br>*By: /s/ Philip R. Wooten*<br>Philip R. Wooten<br>3413 E. Equestrian Trail<br>Phoenix, AZ 85044-3403<br>Attorney for Defendant: Trans Union LLC | MCCARTHY LAW PLC<br>*By: /s/ Devan E. Michael*<br>Devan E. Michael<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorney for Plaintiff |

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Shamouni vs. NRA Group et al. – Trans Union          1          Notice of Settlement

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan Michael*