**McCarthy Law PLC**
*Candid Conversation. Wise Counsel.*

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.micheal@mccarthylawyer.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MORRIS SHAMOUNI,<br><br>    Plaintiff,<br><br>v.<br><br>NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>    Defendants. | Case No.: CV-16-01461-PHX-JJT<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable John Tuchi) |

MORRIS SHAMOUNI ("Plaintiff") and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") (hereinafter Experian together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Experian. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days.

Respectfully submitted this 29th day of July, 2016.

| | |
|---|---|
| DESSAULES LAW GROUP<br>*By: /s/ Jonathan A. Dessaules*<br>*(With Permission)*<br>Jonathan A. Dessaules<br>Attorney for Experian Information Solutions, Inc. | MCCARTHY LAW PLC<br>*By: /s/ Devan E. Michael*<br>Devan E. Michael<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorney for Plaintiff |

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Shamouni vs. NRA Group et al. – Experian     1     Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan Michael*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Shamouni vs. NRA Group et al. – Experian         2         Notice of Settlement