NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morris Shamouni,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NRA Group LLC, *et al.*,<br><br>　　　　Defendants. | No. CV-16-01461-PHX-JJT<br><br>**ORDER** |

The Court having considered the Plaintiff's Motion to Dismiss Equifax Information Services LLC with Prejudice (Doc. 29) and good cause appearing;

IT IS ORDERED granting the Motion (Doc. 29). This action is dismissed with prejudice as to Defendant Equifax Information Services LLC only, with each party to bear its own attorneys' fees and costs.

Dated this 11th day of August, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge