**McCarthy Law PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Devan E. Michael, 032803**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**Devan.micheal@mccarthylawyer.com**
**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MORRIS SHAMOUNI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>　　　　Defendants. | Case No.: CV-16-01461-PHX-JJT<br><br>**MOTION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

　　　　Plaintiff MORRIS SHAMOUNI ("Plaintiff"), pursuant to FRCP 41(a)(2), respectfully moves this Court for an order dismissing EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") only, with prejudice, as the Plaintiff has finalized a settlement with Experian. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached.

　　　　Respectfully submitted this 26th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　MCCARTHY LAW PLC
　　　　　　　　　　　　　　　　　　　　*By:/s/ Devan E. Michael*
　　　　　　　　　　　　　　　　　　　　Kevin Fallon McCarthy
　　　　　　　　　　　　　　　　　　　　Devan E. Michael
　　　　　　　　　　　　　　　　　　　　4250 N. Drinkwater Boulevard, Suite 320
　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85251
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Shamouni v. NRA Group et al - EXP　　　　1　　　　Dismissal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan E. Michael*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Shamouni v. NRA Group et al - EXP        2        Dismissal