NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morris Shamouni, | No. CV-16-01461-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| NRA Group LLC, *et al.*, | |
| Defendants. | |

The Court having considered the Plaintiff's Motion to Dismiss Experian Information Systems, Inc. (Doc. 32) and his Motion to Dismiss Trans Union LLC (Doc. 33), and good cause appearing,

IT IS ORDERED granting the Motions (Docs. 32, 33). This action is dismissed with prejudice as to Defendants Experian Information Systems, Inc. and Trans Union LLC only, with each party to bear its own attorneys' fees and costs.

Dated this 30th day of August, 2016.

Honorable John J. Tuchi
United States District Judge