**MCCARTHY LAW PLC**
*CANDID CONVERSATION. WISE COUNSEL.*

**Kevin Fallon McCarthy, 011017**
**Devan E. Michael, 032803**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**Devan.micheal@mccarthylawyer.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MORRIS SHAMOUNI,<br><br>    Plaintiff,<br><br>v.<br><br>NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>    Defendants. | Case No.: CV-16-01461-PHX-JJT<br><br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>(Assigned to the Honorable John Tuchi) |

MORRIS SHAMOUNI ("Plaintiff") and NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY ("NRA") (hereinafter NRA together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against NRA. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against NRA will be finalized within the next sixty (60) days.

Respectfully submitted this 4th day of November, 2016.

| | |
|---|---|
| GORDON & REES<br>*By: /s/ Molly C. Machold*<br>*(With Permission)*<br>Molly C. Machold<br>111 W. Monroe Street, Suite 1600<br>Phoenix, Arizona 85003<br>Attorney for Defendant: NRA Group, LLC | MCCARTHY LAW PLC<br>*By: /s/ Devan E. Michael*<br>Devan E. Michael<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, Arizona 85251<br>Attorney for Plaintiff: Morris Shamouni |

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Shamouni vs. NRA Group et al. – NRA Group, LLC     1                    Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan Michael*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Shamouni vs. NRA Group et al. – NRA Group, LLC     2     Notice of Settlement