**MCCARTHY LAW PLC**
*CANDID CONVERSATION. WISE COUNSEL.*

**Kevin Fallon McCarthy, 011017**
**Devan E. Michael, 032803**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**Devan.micheal@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| MORRIS SHAMOUNI,<br>    Plaintiff,<br>v.<br><br>NRA GROUP, LLC dba NATIONAL RECOVERY AGENCY, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br>    Defendants. | Case No.: CV-16-01461-PHX-JJT<br><br>**MOTION TO DISMISS NRA GROUP, LLC WITH PREJUDICE** |

Plaintiff MORRIS SHAMOUNI ("Plaintiff"), pursuant to FRCP 41(a)(2), respectfully moves this Court for an order dismissing NRA GROUP LLC ("NRA Group") only, with prejudice, as the Plaintiff has finalized a settlement with NRA Group. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached.

Respectfully submitted this 18th day of November, 2016.

                                                    MCCARTHY LAW PLC
                                                    *By:/s/ Devan E. Michael*
                                                    Kevin Fallon McCarthy
                                                    Devan E. Michael
                                                    4250 N. Drinkwater Boulevard, Suite 320
                                                    Scottsdale, AZ 85251
                                                    Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Shamouni v. NRA Group et al – NRA Group      1                  Dismissal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan E. Michael*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Shamouni v. NRA Group et al – NRA Group    2    Dismissal