NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morris Shamouni,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NRA Group LLC, *et al.*,<br><br>　　　　Defendants. | No. CV-16-01461-PHX-JJT<br><br>**ORDER** |

The Court has considered Plaintiff's Motion to Dismiss NRA GROUP, LLC with Prejudice (Doc. 38). Good cause appearing,

IT IS ORDERED granting the Motion (Doc. 38). This action is dismissed with prejudice as to Defendant NRA GROUP, LLC only, with each party to bear its own attorneys' fees and costs. As NRA was the final remaining defendant in the matter, the Clerk of Court shall now close this matter.

Dated this 18th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　 Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　 United States District Judge